IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

NATIONAL RAILROAD PASSENGER
CORP. and BNSF RAILWAY COMPANY,

        Plaintiffs,

and

EVERETT OWEN, *et al.*,

        Intervenor-Plaintiffs,

v.          Case No. 6:16-cv-01094-JTM-TJJ

CIMARRON CROSSING FEEDERS, LLC,

        Defendant,

and

NATIONAL RAILROAD PASSENGER CORP.
d/b/a AMTRAK; and BNSF RAILWAY
COMPANY,

        Defendants and
        Intervenor-Defendants.

**MEMORANDUM AND ORDER**

This matter is before the court on the *pro se* motion of Intervenor-Plaintiff Timothy Davidson to dismiss his claims without prejudice. Dkt. 186. None of the other parties has filed any objection or response to the motion, and the time for doing so has now expired. The court therefore considers and grants the motion as uncontested. *See* D. Kan. R. 7.4(b).

2

**IT IS THEREFORE ORDERED** this 21st day of July, 2017, that Intervenor-Plaintiff Timothy Davidson's Motion to Dismiss (Dkt. 186) is hereby GRANTED, and the claims of Timothy Davison are dismissed without prejudice.

___s/ J. Thomas Marten_____
J. THOMAS MARTEN, JUDGE